RECEIVED·

M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Steven Sarandon Barnes

Elmore County Detention Facility)
Full name and prison name of
Plaintiff(s)

v.

James Glenn GOGGANS

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 2:20-CV-76-WKW-SMD
(To be supplied by Clerk of U.S. District
Court)

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court dealing with the same or
        similar facts involved in this action? YES ☐ No ☑

   B.   Have you begun other lawsuits in state or federal court relating to your
        imprisonment?          YES ☐         NO ☑

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there
        is more than one lawsuit, describe the additional lawsuits on another piece of paper,
        using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff (s) _____

             _____

             Defendant(s) _____

             _____

        2.   Court (if federal court, name the district; if state court, name the county)

             _____

             _____

3.  Docket number _____

4.  Name of judge to whom case was assigned _____
    _____

5.  Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II.  PLACE OF PRESENT CONFINEMENT Elmore County Detention
     Facility _____

     PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Elmore
     County Detention Facility _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

     NAME                          ADDRESS
1.   ~~Steward~~ James Glenn GOGGANS _____
2.   _____
3.   _____
4.   _____
5.   _____
6.   _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED 04/29/2019
     _____

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

     GROUND ONE:  I'm being held on an excessive
     bond which violates my Constitutional Amendments

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 04/29/2019 I was in Court for Phelem Bond Reduction and my Bond was raised to Ten million dollars Cash by Judge James Glenn Goggans In the Elmore County Court room. Im being held on a non-Capital offense which should be bailable by sufficent sureties

GROUND TWO: Constitutional Amendment 8

SUPPORTING FACTS: Further Guarantees in Criminal Cases: Excessive Bail Shall not Be required, nor excessive fines imposed, nor cruel or unusual Punishment inflicted

GROUND THREE: Constitutional Amendment 5

SUPPORTING FACTS: No one shall Be held to answer for a capital or otherwise Infamous Crime, Unless on a Presentment or indictment of a Grand Jury

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

I would like the courts to help me in enforcing the
Constitutional Rights I have through the Amendments
thereof & to assist me in getting a reasonable bond
that by My rights of me being a U.S. Citizen I shall have.

_Steven Barnes_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01-31-20 .
            (Date)

_Steven Barnes_
Signature of plaintiff(s)

Steven Barnes
Elmore County Jail
8955 US Hwy 231
Wetumpka, AL 36092

MONTGOMERY AL 360

01 FEB 2020 PM 4 L



FOREVER USA

US District Court for the
Middle District of Alabama
One Church Street
Montgomery, AL 36104

36104-401801

Legal Mail