IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN SARANDON BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-76-WKW |
| ) | [WO] |
| JAMES GLENN GOGGANS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On June 16, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this action is dismissed prior to service of process in accordance with 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Final judgment will be entered separately.

DONE this 16th day of July, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE